UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-1511-CIV-SEITZ/GARBER

SIMEON MANRIQUEZ and ADAN ARES,

    Plaintiff,

vs.

MANUEL DIAZ FARMS, INC., and DIAZ
LANDSCAPING & NURSERY, INC.,

    Defendants.
_____/



## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

    Plaintiff, SIMEON MANRIQUEZ, and Defendants, MANUEL DIAZ FARMS, INC., and DIAZ LANDSCAPING & NURSERY, INC., by and through their respective undersigned counsel, and pursuant to Fed. R. Civ. P. 41, stipulate that by virtue of a settlement reached between the parties with respect to plaintiff Manriquez, this action is hereby dismissed, with prejudice. This Stipulation does not include any claims to an award of attorney fees AND COSTS with respect to plaintiff Manriquez, which will be determined by the Court.

    DATED this 26TH day of December 2001.

| RUDEN, McCLOSKY, SMITH | J.H. ZIDELL, P.A. |
| --- | --- |
| SCHUSTER & RUSSELL, P.A. | Attorneys for Plaintiff |
| Attorneys for Defendants | 300 71st Street |
| 701 Brickell Avenue | Suite 605 |
| Suite 1900 | Miami Beach, Florida 33141 |
| Miami, Florida 33131 | Tel: (305) 865-6766 |
| Tel: (305)789-2727 | Fax: (305) 865-1187 |
| Fax: (305) 537-3927 | |
| By: /s/ Harry N. Turk | By: /s/ J.H. Zidell |
| Harry N. Turk | J.H. Zidell |
| Florida Bar No. 120596 | Florida Bar No. 0010121 |

MIA:159086:1